E-FILED
Friday, 01 April 2005 11:02:10 AM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 12/98)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0754 4:04CR40045-004

DOCKET NUMBER (Rec. Court)
05-20011

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| William R Edmiston<br>338 n. 18TH Street<br>Decatur, Illinois 62521 | Southern District of Illinois | U. S. Probation Office<br>East St. Louis, IL 62201 |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Philip M. Frazier | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM 01/06/05    TO 04/05/06 |

**OFFENSE**

50 C.F.R. § 20.25 - Failure to Retrieve and Retain Killed or Crippled Migratory Game Birds
50 C.F.R. § 20.24 - Taking in Excess of the Daily Bag Limit of Migratory Game Birds

**FILED**
APR 0 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/14/05
Date

*[signature]*
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

03/31/05
Effective Date

s/Michael P. McCuskey
United States District Judge