

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

April 1, 2005

Clerk U.S. District Court
Southern District of Illinois
302 W. Main St., Suite #2-C
Benton, IL 62812-1315

**RE:   UNITED STATES OF AMERICA vs.  William R. Edmiston**
SD/IL  #04-40045-004
CD/IL #05-20011

Dear Clerk:

Enclosed please find an original copy of the Transfer of Jurisdiction Order signed by Chief Judge Michael P. McCuskey entered 4/1/05  with regard to the above-referenced case. We have assigned case number   05-20011 to our file.

Please send certified copies of Indictment or Information, Judgment and docket sheet.  Also please send any financial records including ledger sheets.

Thank you very much for you assistance in this matter and feel free to contact the undersigned should you have any questions.

                         Sincerely yours,

                         s/S. Doan

                         Deputy Clerk

Enclosure