IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 0 7 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-40045-JLF |
| ) | |
| JEFFREY J. GILL, ) | Title 16, |
| GREGORY A. OESTREICH, ) | United States Code, |
| CARL H. THACKER, JR., and ) | Sections 704(b)(2) and 707(a) |
| WILLIAM R. EDMISTON, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about August 29, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**JEFFERY J. GILL,**

defendant herein, did unlawfully place bait, that is, approximately three hundred to four hundred pounds of wheat seed, on and adjacent to an area for the purpose of causing, inducing, and allowing persons to take or attempt to take any migratory game bird, namely, mourning dove, by the aid of baiting on or over the baited area; all in violation of Title 16, United States Code, Section 704(b)(2).

### COUNT TWO

On or about September 1, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**JEFFERY J. GILL
GREGORY A. OESTREICH
CARL H. THACKER, JR., and
WILLIAM R. EDMISTON,**

defendants herein, did kill or cripple migratory game birds, namely mourning doves, and did fail to make a reasonable effort to retrieve the mourning doves and retain them in their actual custody, in

violation of Title 50, Code of Federal Regulation, Section 20.25; all in violation of Title 16, United States Code, Section 707(a).

## COUNT THREE

On or about September 1, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**JEFFERY J. GILL**
**GREGORY A. OESTREICH**
**CARL H. THACKER, JR., and**
**WILLIAM R. EDMISTON,**

defendants herein, did unlawfully take migratory game birds, namely mourning doves, in excess of the daily bag limit or aggregate daily bag limit in one calendar day, in violation of Title 50, Code of Federal Regulation, Section 20.24; all in violation of Title 16, United States Code, Section 707(a).

## COUNT FOUR

On or about September 1, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**JEFFERY J. GILL**
**GREGORY A. OESTREICH**
**CARL H. THACKER, JR., and**
**WILLIAM R. EDMISTON,**

defendants herein, did, on the opening day of the migratory bird hunting season, possess freshly killed migratory game birds, namely mourning doves, in excess of the daily bag limit or aggregate daily bag limit, in violation of Title 50, Code of Federal Regulation, Section 20.34; all in violation of Title 16, United States Code, Section 707(a).

## COUNT FIVE

On or about September 1, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**JEFFERY J. GILL,**

defendant herein, did unlawfully take, possess, or transport a migratory non-game bird, specifically, a red-headed woodpecker, without obtaining a valid permit, in violation of Title 50, Code of Federal Regulation, Section 21.11; all in violation of Title 16, United States Code, Section 707(a).

## COUNT SIX

On or about September 1, 2003, in Clay County, Illinois, in the Southern District of Illinois,

**GREGORY A. OESTREICH,**

defendant herein, did unlawfully take or possess migratory game birds, namely mourning dove, in violation of Chapter 520, Illinois Compiled Statutes, Section 2.31, to wit: defendant did take mourning doves while hunting from a public roadway, in violation of Title 50, Code of Federal Regulation, Section 20.72; all in violation of Title 16, United States Code, Section 707(a).

**A TRUE BILL**

_____
FOREPERSON


_____
ANGELA SCOTT
Assistant United States Attorney


_____
RONALD J. TENPAS
United States Attorney


Recommended Bond: $1,000 unsecured