CM/ECF - U.S. District Court:ilsd - Docket Report
2:05-cr-20011-MPM-DGB   # 3-4   Page 1 of 6

Page 1 of 6
**E-FILED**
Tuesday, 05 April, 2005 04:18:36 PM
Clerk, U.S. District Court, ILCD

**U.S. District Court**
**Southern District of Illinois CM/ECF System (Benton)**
**CRIMINAL DOCKET FOR CASE #: 4:04-cr-40045-PMF-4**
**Internal Use Only**

Case title: USA v. Gill et al                              Date Filed: 07/07/2004

Assigned to: Mag Judge Philip M. Frazier

**Defendant**

| | |
|---|---|
| **William R. Edmiston (4)**<br>*TERMINATED: 01/06/2005* | represented by **Judith A. Kuenneke, AFPD**<br>Federal Public Defender's Office<br>Generally Admitted<br>401 W. Main Street<br>P.O. Box 1075<br>Benton, IL 62812<br>618-435-2552<br>Email: Judy_Kuenneke@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Melissa A. Day, AFPD**<br>Federal Public Defender's Office - Benton<br>401 West Main Street<br>P.O. Box 1075<br>Benton, IL 62812<br>618-435-2552<br>Email: Melissa_Day@fd.org<br>*TERMINATED: 08/30/2004*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Stephen C. Williams**<br>Federal Public Defender<br>Generally Admitted<br>650 Missouri Ave. Ste. G10A<br>East St. Louis, IL 62201<br>618-482-9050<br>Fax: 618-482-9057<br>Email: Stephen_Williams@fd.org<br>*TERMINATED: 08/23/2004*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| Pending Counts | Disposition |
|---|---|
| 16:707(a) - KILL OR CRIPPLE MIGRATORY GAME BIRDS AND FAIL TO RETRIEVE AND RETAIN IN CUSTODY; VIOLATIONS AND PENALTIES - FORFEITURES (2) | 15 months probation; $750.00 fine and $10.00 special assessment |
| 16:707(a) - UNLAWFULLY TAKE MIGRATORY GAME BIRDS IN EXCESS OF DAILY BAG LIMIT; VIOLATIONS AND PENALTIES - FORFEITURES (3) | 15 months probation; $750.00 fine and $10.00 special assessment |

**Highest Offense Level (Opening)**

Petty Offense

| Terminated Counts | Disposition |
|---|---|
| 16:707(a) POSSESS MIGRATORY GAME BIRDS IN EXCESS OF DAILY LIMIT; VIOLATIONS AND PENALTIES - FORFEITURES (4) | dismissed on oral motion of the government at the time of plea and sentencing |

**Highest Offense Level (Terminated)**

Petty Offense

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

USA     represented by **James E. Crowe**
Assistant U.S. Attorney - Fairview Heights
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-628-3700
Email: james.crowe3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Scott**

```
                                            Assistant U.S. Attorney - Fairview
                                            Heights
                                            9 Executive Drive
                                            Suite 300
                                            Fairview Heights, IL 62208
                                            618-628-3700
                                            Email: angela.scott@usdoj.gov
                                            TERMINATED: 09/17/2004
```

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2004 | 1 | INDICTMENT as to Jeffrey J. Gill (1) - count(s) 1, 2, 3, 4, 5; Gregory A. Oestreich (2)- count(s) 2, 3, 4, 6; Carl H. Thacker Jr. (3)- count(s) 2, 3, 4; William R. Edmiston (4)- count(s) 2, 3, 4. (dka, ) (Entered: 07/08/2004) |
| 07/08/2004 | 2 | Arrest Warrant issued as to William R. Edmiston, Jeffrey J. Gill, Gregory A. Oestreich, Carl H. Thacker Jr.. (dka, ) (Entered: 07/08/2004) |
| 08/04/2004 | 3 | Arrest Warrant Returned Executed on 8/4/04. as to William R. Edmiston. (wll ) (Entered: 08/05/2004) |
| 08/04/2004 | 6 | Minute Entry (Jeffrey J. Gill, Gregory A. Oestreich, William R. Edmiston) for proceedings held before Judge Philip M. Frazier: Initial Appearance as to Jeffrey J. Gill, Gregory A. Oestreich, William R. Edmiston held on 8/4/2004. AFPD Stephen C. Williams present. FPD's office appointed to represent William R. Edmiston. Panel attorney to be appointed to represent Jeffrey J. Gill. Recognizance Bond set as to each. Final Pretrial Conference set for 9/27/2004 09:30 AM in Benton Court House before Judge James L. Foreman. Jury Trial set for 10/4/2004 09:30 AM in Benton Court House before Judge James L. Foreman. (Court Reporter Jane McCorkle.) (krm) (Entered: 08/05/2004) |
| 08/04/2004 | 8 | CJA 23 Financial Affidavit by William R. Edmiston. (krm) Modified on 8/5/2004 to note that date of filing was 8/4/2004, not 8/5/2004. (krm). (Entered: 08/05/2004) |
| 08/04/2004 | 15 | ORDER Setting Conditions of Release as to William R. Edmiston (4) Recognizance Bond. Signed by Judge Philip M. Frazier on 8/4/2004. (krm) (Entered: 08/06/2004) |
| 08/04/2004 | 16 | Bond Entered as to William R. Edmiston. (krm) (Entered: 08/06/2004) |
| 08/04/2004 | 17 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to William R. Edmiston. Signed by Judge Philip M. Frazier on 8/4/2004. (krm) (Entered: 08/06/2004) |
| 08/20/2004 | 19 | TRANSCRIPT of Initial Appearances and Arraignments as to William R. Edmiston, Jeffrey J. Gill, Gregory A. Oestreich held on 8/4/04 before Judge Philip M. Frazier. Court Reporter: Jane McCorkle. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (jep, ) (Entered: 08/20/2004) |

| | | |
|---|---|---|
| 08/23/2004 | ●20 | NOTICE OF ATTORNEY APPEARANCE: Melissa A. Day appearing for William R. Edmiston (Day, Melissa) (Entered: 08/23/2004) |
| 08/27/2004 | ●22 | NOTICE OF ATTORNEY APPEARANCE: Judith A. Kuenneke appearing for William R. Edmiston (Kuenneke, Judith) (Entered: 08/27/2004) |
| 08/30/2004 | ● | Attorney update in case as to William R. Edmiston. Attorney Melissa A. Day terminated. (dka, ) (Entered: 08/30/2004) |
| 09/14/2004 | ●28 | ORDER as to William R. Edmiston referring case to Magistrate Judge Philip Frazier for all pretrial proceedings. Signed by Judge James L. Foreman on 09/14/04. (msd, ) (Entered: 09/14/2004) |
| 09/14/2004 | ● | Judge update in case as to William R. Edmiston. Judge Philip M. Frazier added. (msd, ) (Entered: 09/14/2004) |
| 09/15/2004 | ●30 | MINUTE ORDER as to William R. Edmiston only: the Final Pretrial Conference set for 9/27/04, 9:30 AM and Jury Trial set for 10/4/2004, at 9:30 AM both before Judge James L. Foreman are stricken and will be reset. Signed by Judge Philip M. Frazier on 9/15/2004. (text entry only - no document attached) (krm) (Entered: 09/15/2004) |
| 09/17/2004 | ●31 | NOTICE OF ATTORNEY APPEARANCE James E. Crowe appearing for USA. (Crowe, James) (Entered: 09/17/2004) |
| 09/20/2004 | ●32 | MOTION to Substitute Attorney by USA as to Jeffrey J. Gill, Gregory A. Oestreich, Carl H. Thacker Jr., William R. Edmiston. (Scott, Angela) (Entered: 09/20/2004) |
| 09/21/2004 | ●33 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 32 Motion to Substitute Attorney filed by USA. See attached document for specifics (vlm, ) (Entered: 09/21/2004) |
| 09/21/2004 | | ***mooting 32 MOTION to Substitute Attorney filed by USA as to Jeffrey J. Gill, Gregory A. Oestreich, Carl H. Thacker Jr., William R. Edmiston (vlm, ) (Entered: 09/21/2004) |
| 09/21/2004 | | ***Excludable(s)XE stopped as to Jeffrey J. Gill, Gregory A. Oestreich, Carl H. Thacker Jr., William R. Edmiston (vlm, ) (Entered: 09/21/2004) |
| 09/22/2004 | ●35 | MINUTE ORDER TO CONTINUE - Ends of Justice (NGJ/vlm) by District Judge James L. Foreman: granting [34] MOTION to Continue filed by Jeffrey J. Gill; Final Pretrial Conference reset for 10/25/2004 09:30 AM in Benton Court House before Judge James L. Foreman as to Jeffrey J. Gill, Gregory A. Oestreich, Carl H. Thacker Jr., William R. Edmiston; firm trial date to be selected at that time. (vlm, ) (Entered: 09/22/2004) |
| 09/22/2004 | ●36 | MOTION to Continue *final pretrial* by William R. Edmiston. (Kuenneke, Judith) (Entered: 09/22/2004) |
| 09/24/2004 | ●37 | MOTION Preparation of PSR prior to plea by William R. Edmiston. (Attachments: # 1 Consent to institute PSR prior to plea)(Kuenneke, |

| | | |
|---|---|---|
| | | Judith) (Entered: 09/24/2004) |
| 09/24/2004 | 38 | MINUTE ORDER (NGJ/vlm) as to William R. Edmiston re 36 MOTION to Continue *final pretrial* filed by William R. Edmiston, granting 36 MOTION to Continue *final pretrial* ONLY as to William R. Edmiston. This matter, as to Defendnat Edmiston only, will be set before Magistrate Judge Philip M. Frazier for the purpose of consideration of the proposed Consent to Proceed before a United States Magistrate Judge in a Misdemeanor Case. (vlm, ) (Entered: 09/24/2004) |
| 10/04/2004 | | ***MOTIONS as to William R. Edmiston REFERRED to Magistrate Judge: 37 MOTION Preparation of PSR prior to plea (vlm, ) (Entered: 10/04/2004) |
| 10/04/2004 | 39 | ORDER GRANTING 37 Motion for Preparation of Presentence Report Prior to Change of Plea as to defendant William R. Edmiston (4) and ORDERING that a Presentence Report be prepared prior to the setting of defendant's change of plea hearing. Signed by Judge Philip M. Frazier on 10/4/04. (mta) (Entered: 10/04/2004) |
| 10/04/2004 | | ***Staff Notes as to defendant William R. Edmiston: Copy of Doc. No. 39 and NEF mailed to Pretrial Services, Benton, Illinois. (mta) (Entered: 10/04/2004) |
| 10/06/2004 | 40 | NOTICE OF HEARING as to William R. Edmiston. Plea and Sentence set for 1/6/2005 09:30 AM in Benton Court House before Mag Judge Philip M. Frazier. (krm) (Entered: 10/06/2004) |
| 12/09/2004 | 52 | NOTICE/ACKNOWLEDGMENT OF PSI by USAas to William R. Edmiston (Crowe, James) (Entered: 12/09/2004) |
| 01/06/2005 | 54 | NOTICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE by Defendant William R. Edmiston and approved by Magistrate Judge Phililp M. Frazier (vlm, ). (Entered: 01/13/2005) |
| 01/06/2005 | 55 | Minute Entry for proceedings held before Judge Philip M. Frazier (krm) :Change of Plea Hearing as to William R. Edmiston held on 1/6/2005; defendant pleads guilty to counts 2 and 3; count 4 to be dismissed at sentencing; sentencing to follow immediately after plea. (Court Reporter Lori Rogers, Southern Reporting) (vlm) (Entered: 01/13/2005) |
| 01/06/2005 | 56 | DISMISSAL OF COUNT 4 on oral motion by the Government as to William R. Edmiston. (vlm) (Entered: 01/13/2005) |
| 01/06/2005 | 57 | Minute Entry for proceedings held before Judge Philip M. Frazier (krm) :Sentencing held on 1/6/2005 for William R. Edmiston (4), Count (s) 2, 3: defendant sentenced to 15 months probation; $750.00 fine and $10.00 special assessment; Count 4 dismissed on oral motion of the government. (Court Reporter Lori Rogers, Southern Reporting) (vlm) (Entered: 01/13/2005) |
| 01/06/2005 | 59 | SENTENCING RECOMMENDATION as to William R. Edmiston Note: |

| | | |
|---|---|---|
| | | This is a text only entry. There is no document attached. The original is sealed and held in the sealed document area. (vlm, ) (Entered: 01/13/2005) |
| 01/06/2005 | ●60 | PRESENTENCE INVESTIGATION REPORT as to William R. Edmiston NOTE: This is a text only entry. There is no document attached. The original is filed under seal with the Court. (vlm) (Entered: 01/13/2005) |
| 01/13/2005 | ●58 | JUDGMENT (redacted) as to William R. Edmiston . Signed by Judge Philip M. Frazier on January 13, 2005. (vlm) (Entered: 01/13/2005) |
| 04/04/2005 | ●75 | Probation Jurisdiction Transferred to Central District of Illinois - Urbana as to William R. Edmiston (Attachments: # 1 letter)(dka, ) (Entered: 04/04/2005) |
| 04/04/2005 | | ***Staff notes - e-mailed doc 75 to financial; certified copy to Probation, USA (dka, ) (Entered: 04/04/2005) |