**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

April 4, 2005

John Waters, Clerk
United States District Court
Central District of Illinois
201 S. Vine Street
Urbana, IL 61802

05-20011
FILED
APR 05 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Re:   Transfer of Jurisdiction of William R. Edmiston
      Our File: 04-40045-PMF

Dear Clerk:

On 4/4/05, an Order by the Honorable Philip M. Frazier, U.S. Magistrate Judge, was filed transferring the probation jurisdiction from this District Court to the Central District of Illinois-Urbana.

The court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain a copy of this order, the docket sheet, indictment and judgment filed in this case. We have assigned a login and password for district courts to use in accessing this information. The login is **xxxxx** and the password is **xxxxx**. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Sincerely,

Norbert G. Jaworski, Clerk

By:s/Deborah Agans, Deputy Clerk

CR12
(12/04)